ARTHUR R. WENDELL, ET AL., PLAINTIFFS-RESPOND-
ENTS, v. THE HAZEL WOOD CEMETERY, ET AL., DE-
FENDANTS-RESPONDENTS, AND HALSEY VANDER-
HOVEN, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 7 *N. J. Super.* 117.

*Mr. Bernard M. Degheri, Mr. Thomas L. Hanson, Mr.
Samuel Lanzet, Mr. Meyer Q. Kessel, Mr. Gilbert D. Cham-
berlin* and *Messrs. Besson & Applegate* for the petitioners.

*Messrs. Riker, Emery & Danzig, Mr. Charles Danzig,
Messrs. Berry, Whitson & Berry, Mr. Maja Leon Berry* and
*Mr. Walter D. Van Riper* for the respondents.

September 11, 1950.   Denied.

SAMUEL MARSH, ET AL., PLAINTIFFS-PETITIONERS, v.
AMERICAN LOCKER COMPANY, INC., DEFENDANT-
RESPONDENT.

See same case below: 7 *N. J. Super.* 81.

*Mr. Charles Handler* and *Mr. Martin Wm. Wallace* for the
petitioners.

*Messrs. Selser & Shenier* and *Mr. John E. Selser* for the
respondents.

September 11, 1950.   Granted.